No. 81–752.   CAREY, GOVERNOR OF NEW YORK, ET AL. *v.* BALDRIGE, SECRETARY OF COMMERCE, ET AL.   C. A. 2d Cir.   Motion of petitioners to expedite consideration of the petition for writ of certiorari and to consolidate this case with No. 80–1436, *Baldrige, Secretary of Commerce* v. *Shapiro, Essex County Executive* [certiorari granted, 451 U. S. 936], and with No. 80–1781, *McNichols, Mayor of Denver* v. *Baldrige, Secretary of Commerce* [certiorari granted, 452 U. S. 937], denied.

No. 80–6298.   MILLS *v.* HABLUETZEL.   Ct. Civ. App. Tex., 13th Sup. Jud. Dist.   [Probable jurisdiction noted, 451 U. S. 936.]   Motion of appellee to dismiss the appeal as moot denied.

No. 81–5525.   IN RE BOOKER.   Petition for writ of habeas corpus denied.

No. 80–6934.   IN RE REITER; and
No. 81–5438.   IN RE KULWIEC.   Petitions for writs of mandamus denied.

No. 81–31.   CALIFORNIA ET AL. *v.* GRACE BRETHREN CHURCH ET AL.;
No. 81–228.   UNITED STATES ET AL. *v.* GRACE BRETHREN CHURCH ET AL.; and
No. 81–455.   GRACE BRETHREN CHURCH ET AL. *v.* UNITED STATES ET AL.   Appeals from D. C. C. D. Cal. Further consideration of question of jurisdiction postponed to hearing of cases on the merits.   Cases consolidated and a total of one hour allotted for oral argument.

No. 80–1002.   BOARD OF EDUCATION OF THE HENDRICK HUDSON CENTRAL SCHOOL DISTRICT, WESTCHESTER COUNTY, ET AL. *v.* ROWLEY, BY HER PARENTS, ROWLEY ET UX.   C. A. 2d Cir.   Certiorari granted.